**Bunyan JOHNSON v. UNITED STATES of America.**

No. 1653.

Circuit Court of Appeals, Tenth Circuit.

Jan. 5, 1938.

C. E. Baldwin, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, for failure to prosecute, on motion of appellee.

**Dwight D. JONES, Appellant, v. COSMOPOLITAN GUARANTEE BUILDING & LOAN ASS'N et al., Appellees.**

No. 8540.

Circuit Court of Appeals, Ninth Circuit.

Dec. 8, 1937.

Rehearing Denied Jan. 18, 1938.

W. B. Chaplin, R. L. Miller, and Fred Lake, all of Oakland, Cal., for appellant.

Tinning & DeLap of Martinez, Cal., and McKee, Tasheira & Wahrhaftig and Ridley D. Stone, Jr., all of Oakland, Cal., for appellees.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and of oral argument of counsel, ordered order of District Court affirmed, and that a decree be filed and entered accordingly; mandate of this court to issue in 30 days.

**Edward D. JONES et al., Appellants, v. CORONADO HOTEL COMPANY et al.**

No. 11029.

Circuit Court of Appeals, Eighth Circuit.

Oct. 5, 1937.

H. Chouteau Dyer and J. Raymond Dyer, both of St. Louis, Mo., for appellants.

Rassieur, Long & Yawitz, Joseph H. Grand, David Levinson, and Claude W. McElwee, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellants, without costs to either party in this court.

**Ruth KATZ and Hyman S. Katz, Plaintiffs-Appellees, v. ITALA PLOTTE RIUNITE COSULICH LLOYD SABAUDO, NAVIGAZIONE GENERALE, Also Known as Italian Line, Defendant-Appellant.**

No. 119.

Circuit Court of Appeals, Second Circuit.

Jan. 3, 1938.

Loomis, Williams & Donahue, of New York City (Homer L. Loomis, of New York City, of counsel), for appellant.

Irving Kaufman and Single & Tyler, all of New York City (Douglas D. Crystal and Wilbur H. Hecht, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.